UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John R. Aponte

RECEIVED
SDNY PRO SE OFFICE
2016 JAN -7 PM 3:43

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Mehmet Kanbur and his Female partner who called For Backup Don't Know her Name I think Its Kelly Gormley what ever Female that made the Backup Call

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
*(check one)*

**16CV0167**

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  John R. Aponte
             ID #  541150/435
             Current Institution  Otis Bantum Correctional Center
             Address  1600 Hazen Street eastelmhurst Queens NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  P.O. Mehmet Kanbur    Shield # ?
                   Where Currently Employed  122 precient
                   Address

*Rev. 05/2010*

1

Defendant No. 2   Name Kelly Gormley   Shield # 6844
Where Currently Employed 122 precient
Address ____

Defendant No. 3   Name Det. Vincent Demark   Shield # ____
Where Currently Employed 122 precient
Address ____

Defendant No. 4   Name PO Michael Meawad   Shield # ____
Where Currently Employed 122 precient
Address ____

Defendant No. 5   Name ____   Shield # ____
Where Currently Employed ____
Address ____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
Police Officer Mehmet Kanbur strangled me in a violent manner and wouldn't let go

B. Where in the institution did the events giving rise to your claim(s) occur?
It occured in appartment 2S 30 Ebbitts street Staten Island NY 10306

C. What date and approximate time did the events giving rise to your claim(s) occur?
August 10, 2015 About 10 A.m.

D. Facts: **What happened to you?** They came for a domestic violence issue while I was holding the door P.O. Mehmet Kanbur did a martial arts arm lock choke hold and slammed me against the wall strangling me forcing me to fight him off me because he kept squeezing my throat and wouldn't let go

**Who did what?** Officer P.O. Mehmet Kanbur strangled me his partner a female who called for back up grabed my right arm

**Was anyone else involved?** Juwana M Brown his female partner I think Kelly Gromky and about 12 other officers

**Who else saw what happened?** Juwana Brown. There saying I assulted. Told them not to enter her house and that there was no assult and the lady that lives in front of the elevator named lorain heard a detectives tell the officers to explain it in such a way so it sounds like Mr Aponte assulted you Because there was no Detectives at my house

III. Injuries: If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. like they put on the paper works, they punched my girl because she wus takeing pictures & threatend her at the Hospital and took her camera I had bruses on my throat and my right elbo But the cops Broat me to a syke doctor for evaluation saying I was crazy at 2 Hospitals

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No *____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   _____

   1. Which claim(s) in this complaint did you grieve? _____

   _____

   2. What was the result, if any? _____

   _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

   _____

   _____

   _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   *Didn't happen in Jail it happened in my Appartment*

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                      4

when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.    Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want Perjury Charges Assult, harrasMent, Atempted Murder and strangulation Charges and an order of protection. as far as Monetary Compensation I'm asking For Twenty Million, even though My life is worth More than twenty Million isn't yours worth More. I didn't deserve to B/e Strangled By this oFFicer like they did to My Boy eric gardner. I was put in a life or death situation and had No choice But to Fight Back.

_____

_____

_____

**VI.   Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No  X

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="border: 1px solid;">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __December__, 20__15__

Signature of Plaintiff: __John R. Aponte__
Inmate Number: __541150/435__
Institution Address: __Otis Bantum Correctional Center__
__1600 Hazen Street__
__East Elmhurst NY 11370__

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __1__ day of __December__, 20__15__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __John R. Aponte__

John R. Acosta
B+C 5411 50K135
1600 Hazen St
east elmhurst
Queens New york 11370

The Daniel patric Mouniha[n]
United States Courthouse
500 pearl Street Room 200
New york, NY. 10007-1312

RECEIVED
SDNY PRO SE OFFICE
2016 JAN -7 PM 3:43

USM P8 SDNY